United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIAN TANKERSLEY, et. al., | NO. 5:10-cv-04963 EJD |
| Plaintiff(s), | **JUDGMENT** |
| v. | |
| AUTOMOTIVE FRANCHISE SYSTEMS, LLC, | |
| Defendant(s). | |

This matter having been fully considered, and the court having adopted the Report and Recommendation of Magistrate Judge Howard R. Lloyd on July 12, 2011,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is entered in favor of Plaintiffs against Defendant Automotive Franchise Systems, LLC in the amount of $569,651.61.

**IT IS SO ORDERED.**

Dated: August 17, 2011

EDWARD J. DAVILA
United States District Judge

Case No. 5:10-cv-04963 EJD (HRL)
JUDGMENT (EJDLC1)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bryan W. Dillon bwd@singler-law.com
Jason David Maynard jdm@singler-law.com
Bruce Jonathan Napell bjnlaw@pacbell.net

**Dated: August 17, 2011**  **Richard W. Wieking, Clerk**

**By:** **/s/ EJD Chambers**
**Elizabeth Garcia**
**Courtroom Deputy**

Case No. 5:10-cv-04963 EJD (HRL)
JUDGMENT (EJDLC1)